IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>FELIPE GUERRERO-DE JESUS<br>Defendant | CRIMINAL 11-0307CCC |

**ORDER**

Having considered the Report and Recommendation filed on December 13, 2011 (**docket entry 37**) on a Rule 11 proceeding of defendant Felipe Guerrero-de Jesús held before U.S. Magistrate Judge Marcos E. López on December 13, 2011 to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Guerrero-de Jesús is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since December 13, 2011. The **sentencing hearing is set for March 13, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on January 10, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge